UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
ACLU                                                                          Docket Number: 11 CV 7562 (WHP)

       -against-                                                     NOTICE OF ASSIGNMENT

FBI
-------------------------------------------------------

       The above-entitled action is:

---

[  ] Declined by Hon.
      As  [  ] Related/ [  ] Similar to case #:

---

[  ] Assigned to the Hon.
      [  ] Designated / [  ] Redesignated Hon.                     , Magistrate Judge

---

[ X ] Accepted by Hon. WILLIAM H. PAULEY (WHP)   as [ X ] Related/ [  ] Similar
                            to case #: 11 CV 6990
      [ X ] Designated  [  ] Redesignated Hon. JAMES L. COTT (JLC),
Magistrate Judge

---

All further documents submitted in this action must bear the Judge's initials after the docket number

The attorney(s) for the plaintiff(s), or pro se plaintiff (s), is directed to serve a copy of this Notice of Assignment on all defendants.

                                               Ruby J. Krajick
                                               Clerk of Court

Dated: 11/09/2011                                                 By:     PHYLLIS ADAMIK
                                                               Deputy Clerk