```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/9/11
```



Pauley, J

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

AMERICAN CIVIL LIBERTIES UNION,
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION,

        *Plaintiffs*,

v.

FEDERAL BUREAU OF INVESTIGATION,
UNITED STATES DEPARTMENT OF JUSTICE,

        *Defendants*.

ECF Case

11 Civ. 7562 (WHP)

**STIPULATION AND ORDER
REGARDING FOIA REQUEST**

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
12/9/11

    Plaintiffs the American Civil Liberties Union and the American Civil Liberties Union Foundation ("Plaintiffs") and Defendants Federal Bureau of Investigation and United States Department of Justice hereby stipulate to the following regarding Plaintiffs' request made pursuant to the Freedom of Information Act ("FOIA"), dated May 31, 2011 (the "FOIA Request"), and the subject of the above-captioned action:

    1.    The FOIA Request is limited to documents memorializing the following:

        a.    Legal opinions or memoranda concerning or interpreting Section 215 of the USA PATRIOT Act ("Section 215");

        b.    Guidelines for government personnel regarding the use of Section 215;

        c.    Reports provided to Congress by the Federal Bureau of Investigation or Department of Justice concerning or memorializing the Executive Branch's interpretation or use of Section 215;

        d.    Rulings, opinions or memoranda of the Foreign Intelligence Surveillance Court ("FISC") concerning or interpreting Section 215; and

  e. Legal opinions or memoranda concerning or interpreting rulings, opinions, or memoranda of the FISC interpreting Section 215.

2. Drafts of documents listed in Paragraph 1 are excluded from the FOIA Request.

3. Acquisition applications or supporting documentation submitted to the FISC are excluded from the FOIA Request.

4. Electronic mail messages are excluded from the FOIA Request.

5. With respect to the Office of Legal Counsel ("OLC"), the FOIA Request is limited to OLC legal opinions and memoranda concerning or interpreting Section 215.

6. Records located with or in the possession of the Department of Justice Office of Public Affairs are excluded from the FOIA Request.

7. On or before March 15, 2012, Defendants will process and produce to Plaintiffs any responsive documents, or notify Plaintiffs of the complete or partial withholding of such documents, if any, pursuant to any applicable FOIA exemptions.

8. Within 21 days of the completion of the productions and notifications set forth in Paragraph 7, above, the parties will meet and confer regarding the documents withheld in whole or in part by Defendants, and Plaintiffs will notify Defendants whether they wish to object to any of the withholdings. In the event Plaintiffs object, the parties will discuss a scheduling order for whether, how, or when Defendants will provide an index of partially or completely withheld documents pursuant to *Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973).

Dated: New York, New York
      December 7, 2011

    AMERICAN CIVIL LIBERTIES
    UNION FOUNDATION
    Attorney for Plaintiffs

By: _____
    Charles A. Sims
    Richard Haddad
    PROSKAUER ROSE
    Eleven Times Square
    New York, New York 10036
    Tel.: (212) 969-3549
    Fax: (212) 969-2900
    Email: csims@proskauer.com
           rhaddad@proskauer.com

Dated: New York, New York
      December 7, 2011

    PREET BHARARA
    United States Attorney for the
    Southern District of New York
    Attorney for Defendants

By: _____
    JOHN D. CLOPPER
    Assistant United States Attorney
    86 Chambers Street
    New York, New York 10007
    Tel.: (212) 637-2716
    Fax: (212) 637-0033
    Email: john.clopper@usdoj.gov

SO ORDERED.

Dated: New York, New York
      _____, 2011

_____
WILLIAM H. PAULEY, U.S.D.J