

**MEMO ENDORSED**

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

March 2, 2012

**BY HAND**
The Honorable William H. Pauley, III
United States District Court
Southern District of New York
500 Pearl Street, Room 2210
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/6/12

RECEIVED
MAR 5 2012
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

Re: *New York Times v. DOJ*, 11 Civ. 6990 (WHP)
*ACLU v. DOJ, et al.*, 11 Civ. 7562 (WHP)

Dear Judge Pauley:

I am writing to respectfully request permission to file a corrected copy of the Unclassified Declaration of Mark A. Bradley ("Unclassified Bradley Declaration") on ECF. It came to our attention yesterday that the pdf document that we filed on ECF, and sent by e-mail to counsel for plaintiffs The New York Times Company and the ACLU, on Monday, February 27, 2012, apparently was corrupted and several lines of text were missing from the final signature page. The corrected copy of the Unclassified Bradley Declaration is in fact the same one that Mr. Bradley signed on February 27, 2012, but with all lines of text visible.

We sent plaintiffs' counsel a corrected copy of the Unclassified Bradley Declaration yesterday by e-mail, but would also like to correct the record by filing a corrected copy on ECF. We respectfully request that the Court docket this letter and maintain it as part of the record in this case.

Thank you for your consideration of this matter.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
JOHN D. CLOPPER
EMILY E. DAUGHTRY
Assistant United States Attorneys
Telephone Nos. (212) 637-2716/2777
Facsimile Nos. (212) 637-2750/2717

Application granted.

**SO ORDERED:**

_____
WILLIAM H. PAULEY III U.S.D.J.
3/5/12

cc: all counsel (by electronic mail)