-1-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
                                   :
AMERICAN CIVIL LIBERTIES           :      11 Civ. 7562 (WHP)
UNION, *et ano.*,                  :
                                   :      SCHEDULING ORDER
            Plaintiffs,            :
                                   :
      -against-                    :
                                   :
FEDERAL BUREAU OF                  :
INVESTIGATION, *et ano.*,          :
                                   :
            Defendants.            :
                                   :
----------------------------------X

WILLIAM H. PAULEY III, District Judge:

      The parties are directed to appear for a status conference on July 9, 2012 at 11:00 a.m.

Dated: June 18, 2012
      New York, New York

                                       SO ORDERED:

                                       WILLIAM H. PAULEY III
                                           U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/12

*Counsel of Record:*

Alexander A. Abdo, Esq.
Jameel Jaffer, Esq.
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004

Beth Haroules, Esq.
Arthur Eisenberg, Esq.
New York Civil Liberties Union Foundation
125 Broad Street, 19th Floor
New York, NY 10004

Charles S. Simms, Esq.
Stuart A. Youngs, Esq.
Proskauer Rose LLP
11 Times Square
New York, NY 10036
*Counsel for Plaintiffs*

Emily E. Daughtry, Esq.
John D. Clopper, Esq.
U.S. Attorney's Office, SDNY
86 Chambers Street
New York, NY 10007
*Counsel for Defendants*