UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                    :
AMERICAN CIVIL LIBERTIES                            :        11 Civ. 7562 (WHP)
UNION, *et ano.*,                                   :
                                                    :        SCHEDULING ORDER
                    Plaintiffs,                     :
                                                    :
          -against-                                 :
                                                    :
FEDERAL BUREAU OF                                   :
INVESTIGATION, *et ano.*,                           :
                                                    :
                    Defendants.                     :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____               │
│ DATE FILED: 7/11/12                  │
└─────────────────────────────────────┘

WILLIAM H. PAULEY III, District Judge:

          Counsel for the parties having appeared for a conference on July 9, 2012, the

following schedule is established on consent:

          (1) The parties shall submit a proposed case management schedule to the
              Court by July 20, 2012;

          (2) The parties shall submit a joint status report to the Court by September
              27, 2012; and

          (3) The parties are directed to appear for a status conference on October 5,
              2012 at 10:00 a.m.

Dated: July 10, 2012
       New York, New York

                              SO ORDERED:


                              _____
                              WILLIAM H. PAULEY III
                              U.S.D.J.

-1-

*Counsel of Record:*

Alexander A. Abdo, Esq.
Jameel Jaffer, Esq.
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004

Beth Haroules, Esq.
Arthur Eisenberg, Esq.
New York Civil Liberties Union Foundation
125 Broad Street, 19th Floor
New York, NY 10004

Charles S. Simms, Esq.
Stuart A. Youngs, Esq.
Proskauer Rose LLP
11 Times Square
New York, NY 10036
*Counsel for Plaintiffs*

Emily E. Daughtry, Esq.
John D. Clopper, Esq.
U.S. Attorney's Office, SDNY
86 Chambers Street
New York, NY 10007
*Counsel for Defendants*