

**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/12
```

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

July 20, 2012

**BY HAND**
The Honorable William H. Pauley
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re: *ACLU et al. v. FBI et al.*, 11 Civ. 07562 (WHP)

Dear Judge Pauley:



      We write respectfully on behalf of both parties to propose a schedule for the Government to provide certain information to the American Civil Liberties Union ("ACLU") regarding certain documents withheld by the Government pursuant to various exemptions of the Freedom of Information Act ("FOIA") in the above-referenced case. Based on the information provided, the ACLU and the Government will then seek to identify which documents remain in dispute, and, if necessary, will propose a schedule for summary judgment motions.

      Specifically, the Government will provide additional information regarding documents that have been withheld-in-full according to the following schedule:



1. **Department of Justice Office of Legal Counsel ("OLC")**—By July 31, 2012, the Government will provide the ACLU with descriptions of the two documents withheld-in-full by OLC.

2. **Federal Bureau of Investigation ("FBI")**—By October 1, 2012, the Government will provide the ACLU with a draft index of those documents that have been withheld-in-full by the FBI. To the extent possible consistent with maintenance of the claimed exemptions, the draft index will provide a description of each withheld document and the exemption relied on for withholding it.

3. **Department of Justice National Security Division ("NSD")**—By October 1, 2012, the Government will provide the ACLU with a summary of those documents that have been withheld-in-full by the NSD. To the extent possible consistent with maintenance of the claimed exemptions, the summary will provide descriptions of categories of withheld documents and the exemptions relied on for withholding each category.

The parties thank the Court for its consideration of this request.

Respectfully,

PREET BHARARA
United States Attorney

By: _/s/ John D. Clopper_
JOHN D. CLOPPER
EMILY DAUGHTRY
Assistant United States Attorneys
Telephone: (212) 637-2716 (Clopper)
Telephone: (212) 637-2777 (Daughtry)
Facsimile: (212) 637-0033
john.clopper@usdoj.gov
emily.daughtry@usdoj.gov

cc: Charles Sims, Esq. (by email)
Stuart Youngs, Esq. (by email)

Application granted. The proposed schedule is adopted.

SO ORDERED:

_/s/ William H. Pauley III_
WILLIAM H. PAULEY III U.S.D.J.

7/24/12