

**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/12
```

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

November 7, 2012

RECEIVED
NOV 8 2012
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

**BY HAND**
The Honorable William H. Pauley
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *ACLU et al. v. FBI et al.*, 11 Civ. 07562 (WHP)

Dear Judge Pauley:

I write respectfully on behalf of all parties to request an adjournment of the status conference currently scheduled for Friday, November 9, 2012. The parties are working cooperatively in this case and are engaged in discussions to identify the issues of dispute between the parties. Those discussions have been fruitful, but they are not yet complete. The parties believe that additional time to continue discussions—which were delayed to some degree by Hurricane Sandy—is likely to be useful in narrowing the issues for litigation.

Accordingly, the parties respectfully request that the Court reschedule the conference for Friday, November 30, 2012, or another date convenient for the Court.

*Application granted. The conference is rescheduled to November 30, 2012 at 10:00 a.m.*

**SO ORDERED:**

WILLIAM H. PAULEY III U.S.D.J.
11/14/12

Thank you for your consideration of this request.

                                 Respectfully,

                                 PREET BHARARA
                                 United States Attorney

By:

                                 JOHN D. CLOPPER
                                 EMILY DAUGHTRY
                                 Assistant United States Attorneys
                                 Telephone: (212) 637-2716 (Clopper)
                                 Telephone: (212) 637-2777 (Daughtry)
                                 Facsimile: (212) 637-0033
                                 john.clopper@usdoj.gov
                                 emily.daughtry@usdoj.gov

cc:    Charles Sims, Esq. (by email)
       Stuart Youngs, Esq. (by email)
       Alex Abdo, Esq. (by email)
       *Counsel for plaintiff*