UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                   :

AMERICAN CIVIL LIBERTIES          11 Civ. 7562 (WHP)
UNION, *et ano.*,                      :
                                   :       SCHEDULING ORDER

             Plaintiffs,         :

          -against-             :

FEDERAL BUREAU OF            :
INVESTIGATION, *et ano.*,
                                 :

             Defendants.
                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/12

WILLIAM H. PAULEY III, District Judge:

        Counsel for the parties having appeared for a conference on November 30, 2012, the following schedule is established on consent:

        (1) Defendants shall serve and file their motion for summary judgment by January 18, 2013;

        (2) Plaintiffs shall serve and file their motion for summary judgment and their opposition to Defendants' motion by February 8, 2013;

        (3) Defendants shall serve and file their opposition to Plaintiffs' motion and any reply by March 1, 2013;

        (4) Plaintiffs shall serve and file any reply by March 15, 2013; and

(5) This Court will hear oral argument on April 12, 2013 at 11:00 a.m.

Dated: November 30, 2012
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record:*

Alexander A. Abdo, Esq.
Jameel Jaffer, Esq.
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004

Beth Haroules, Esq.
Arthur Eisenberg, Esq.
New York Civil Liberties Union Foundation
125 Broad Street, 19th Floor
New York, NY 10004

Charles S. Simms, Esq.
Stuart A. Youngs, Esq.
Proskauer Rose LLP
11 Times Square
New York, NY 10036
*Counsel for Plaintiffs*

Emily E. Daughtry, Esq.
John D. Clopper, Esq.
U.S. Attorney's Office, SDNY
86 Chambers Street
New York, NY 10007
*Counsel for Defendants*