UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>        Plaintiffs,<br><br>   v.<br><br>FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE,<br><br>        Defendants. | 11 Civ. 7562 (WHP)<br><br>ECF CASE<br><br>**NOTICE OF WITHDRAWAL OF STUART A. YOUNGS** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

  Please withdraw the appearance of Stuart A. Youngs as counsel of record for Plaintiffs American Civil Liberties Union and American Civil Liberties Union Foundation. Plaintiffs will continue to be represented by other attorneys at Proskauer Rose LLP who have appearances on file.

Dated: February 22, 2013        Respectfully submitted,

                 /s/ Stuart A. Youngs
                 Stuart A. Youngs (SY-1981)

                 PROSKAUER ROSE LLP
                 Eleven Times Square
                 New York, New York 10036
                 Phone: (212) 969-3000
                 Fax: (212) 969-2900

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of February, 2013, I caused the foregoing document to be electronically filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Stuart A. Youngs_____
Stuart A. Youngs

Alexander Abraham Abdo
American Civil Liberties Union, Women's Rights Proj
125 Broad Street
New York, NY 10004
(212) 549-2500 x2517
Email: aabdo@aclu.org

Arthur Nelson Eisenberg
New York Civil Liberties Union
125 Broad Street, 17th floor
New York, NY 10004
(212) 607-3300
Email: arteisenberg@nyclu.org

Beth Haroules
New York Civil Liberties Union
125 Broad Street, 17th floor
New York, NY 10004
212.344.3005
Email: BHaroules@nyclu.org

Charles S. Sims
Proskauer Rose LLP (NY)
11 Times Square
New York, NY 10036
212.969.3000
Email: csims@proskauer.com

Jameel Jaffer
American Civil Liberties Union Foundation (NYC)
125 Broad Street
18th Floor
New York, NY 10004

(212) 549-7814
Email: jjaffer@aclu.org

John Dalton Clopper
U.S. Attorney's Office, SDNY
86 Chambers Street
New York, NY 10007
212 637 2716
Email: john.clopper@usdoj.gov

Emily Ewell Daughtry
U.S. Attorney's Office, SDNY (Chambers Street)
86 Chambers Street
New York, NY 10007
(212)-637-2800 x1579
Email: emily.daughtry@usdoj.gov