**American Civil Liberties Union, et al. v. U.S. Department of Justice, et al., Case No.: 11-cv-7562 (WHP)**

| Doc No. | Date | Description of Document | Exemption | # of pages | Classification Marking |
|---|---|---|---|---|---|
| 1 | 6/25/2009 | Report regarding implementation of Section 215 authority | (b)(1); (b)(3) | 46 | TOP SECRET |
| 2 | 7/2/2009 | Transmittal letter to Foreign Intelligence Surveillance Court ("FISC") enclosing copy of report dated 6/25/2009 regarding implementation of section 215 authority | (b)(1); (b)(3) | 1 | TOP SECRET |
| 3 | 6/29/2009 | Congressional notification regarding implementation of certain acquisition authorities, including Section 215 authority | (b)(1); (b)(3) | 5 | TOP SECRET |
| 4 | 2/25/2009 | Congressional notification regarding implementation of certain acquisition authorities, including Section 215 authority | (b)(1); (b)(3) | 2 | TOP SECRET |
| 5 | 5/7/2009 | Congressional notification regarding implementation of section 215 authority | (b)(1); (b)(3) | 4 | TOP SECRET |
| 6 | 4/10/2009 | Congressional notification regarding implementation of section 215 authority | (b)(1); (b)(3) | 6 | TOP SECRET |
| 7 | 9/1/2011 | Congressional notification regarding implementation of section 215 authority | (b)(1); (b)(3) | 4 | TOP SECRET |
| 8 | 1/8/2007 | Note to Congressional staffer regarding implementation of Section 215 authority | (b)(1); (b)(3) | 2 | TOP SECRET |
| 9 | 12/1/2010 | Memorandum to Congressional staffer regarding certain acquisition authorities, including Section 215 | (b)(1); (b)(3) | 2 | TOP SECRET |
| 10 | 9/10/2009 | Notification to a Congressional Committee regarding implementation of section 215 authority | (b)(1); (b)(3) | 2 | TOP SECRET |
| 11 | 9/3/2009 | Submission to Congressional Committees regarding various matters, including implementation of section 215 authority (cover letter for this submission was released) | (b)(1); (b)(3) | 164 | TOP SECRET |

**American Civil Liberties Union, et al. v. U.S. Department of Justice, et al., Case No.: 11-cv-7562 (WHP)**

| Doc No. | Date | Description of Document | Exemption | # of pages | Classification Marking |
|---|---|---|---|---|---|
| 12 | 3/5/2009 | Submission Congressional Committees from AAG for Legislative Affairs (cover letter for this submission was released) | (b)(1); (b)(3) | 183 | TOP SECRET |
| 13 | 10/3/2008 | 50 U.S.C. 1871(c)(1) Production to Congressional Committees filed October 3, 2008, including FISC submissions and a FISC opinion | (b)(1); (b)(3) | 31 | TOP SECRET |
| 14 | 10/21/2009 | Statement for the record before a Congressional Committee Closed Hearing on PATRIOT Act Reauthorization | (b)(1); (b)(3) | 7 | TOP SECRET |
| 15 | 2/2006 - 2/2011 | Government submission(s) to the FISC related to section 215 | (b)(1); (b)(3) | 81 | TOP SECRET |
| 16 | 2/2006 - 2/2011 | Government submission(s) to the FISC related to section 215 | (b)(1); (b)(3) | 76 | TOP SECRET |
| 17 | 1/8/2007 | Guidelines for government personnel pertaining to implementation of section 215 authority | (b)(1); (b)(3) | 2 | TOP SECRET |
| 18 | 8/29/2008 | Guidelines for government personnel pertaining to implementation of section 215 authority | (b)(1); (b)(3) | 17 | TOP SECRET |
| 19 | undated | Training materials for government personnel pertaining to implementation of section 215 authority | (b)(1); (b)(3) | 1 | TOP SECRET |
| 20 | undated | Training materials for government personnel pertaining to implementation of various collection authorities including section 215 authority | (b)(1); (b)(3) | 223 | SECRET |

**American Civil Liberties Union, et al. v. U.S. Department of Justice, et al., Case No.: 11-cv-7562 (WHP)**

| Doc No. | Date | Description of Document | Exemption | # of pages | Classification Marking |
|---|---|---|---|---|---|
| 21 | 1/8/2007 | Training materials for government personnel pertaining implementations of various acquisition authorities, including section 215 | (b)(1); (b)(3) | 141 | SECRET |
| 22 | 5/11/2011 | Training materials for government personnel pertaining to implementation of section 215 authority | (b)(1); (b)(3) | 17 | TOP SECRET |
| 23 | 5/11/2011 | Training materials for government personnel pertaining to implementation of section 215 authority | (b)(1); (b)(3) | 12 | TOP SECRET |
| 24 | 5/11/2011 | Training materials for government personnel pertaining to implementation of section 215 authority | (b)(1); (b)(3) | 17 | TOP SECRET |
| 25 | 5/11/2011 | Training materials for government personnel pertaining to implementation of section 215 authority | (b)(1); (b)(3) | 39 | TOP SECRET |
| 26 | 5/11/2011 | Training materials for government personnel pertaining to implementation of section 215 authority | (b)(1); (b)(3) | 10 | TOP SECRET |
| 27 | 5/11/2011 | Training materials for government personnel pertaining to implementation of section 215 authority | (b)(1); (b)(3) | 13 | TOP SECRET |
| 28 | 5/11/2011 | Training materials for government personnel pertaining to implementation of section 215 authority | (b)(1); (b)(3) | 30 | TOP SECRET |
| 29 | 2/2006 - 2/2011 | FISC order(s) and/or opinion(s) | (b)(1); (b)(3) | 5 | TOP SECRET |

**American Civil Liberties Union, et al. v. U.S. Department of Justice, et al., Case No.: 11-cv-7562 (WHP)**

| Doc No. | Date | Description of Document | Exemption | # of pages | Classification Marking |
|---|---|---|---|---|---|
| 30 | 2/2006 - 2/2011 | Government submission(s) to the FISC related to section 215 | (b)(1); (b)(3) | 20 | TOP SECRET |
| 31 | 1/8/2007 | Training materials for government personnel pertaining to implementation of section 215 authority | (b)(1); (b)(3) | 39 | TOP SECRET |
| 32 | 2/2006 - 2/2011 | FISC order(s) and/or opinion(s) | (b)(1); (b)(3) | 5 | TOP SECRET |
| 33 | 2/2006 - 2/2011 | Government submission(s) to the FISC related to section 215 | (b)(1); (b)(3) | 3 | TOP SECRET |
| 34 | 2/2006 - 2/2011 | FISC order(s) and/or opinion(s) | (b)(1); (b)(3) | 5 | TOP SECRET |
| 35 | 2/2006 - 2/2011 | FISC order(s) and/or opinion(s) | (b)(1); (b)(3) | 29 | TOP SECRET |
| 36 | 2/2006 - 2/2011 | Government submission(s) to the FISC related to section 215 | (b)(1); (b)(3) | 26 | TOP SECRET |
| 37 | 2/2006 - 2/2011 | Government submission(s) to the FISC related to section 215 | (b)(1); (b)(3) | 18 | TOP SECRET |
| 38 | 2/2006 - 2/2011 | FISC order(s) and/or opinion(s) | (b)(1); (b)(3) | 21 | TOP SECRET |
| 39 | 3/26/2009 | Guidelines for government personnel pertaining to implementation of section 215 authority | (b)(1); (b)(3) | 8 | TOP SECRET |
| 40 | undated | Guidelines for government personnel pertaining to implementation of section 215 authority | (b)(1); (b)(3) | 5 | TOP SECRET |

**American Civil Liberties Union, et al. v. U.S. Department of Justice, et al., Case No.: 11-cv-7562 (WHP)**

| Doc No. | Date | Description of Document | Exemption | # of pages | Classification Marking |
|---|---|---|---|---|---|
| 41 | 9/1/2009 | Briefing materials for the FISC | (b)(1); (b)(3) | 15 | TOP SECRET |
| 42 | 4/10/2009 | Guidelines for government personnel pertaining to implementation of section 215 authority | (b)(1); (b)(3) | 8 | TOP SECRET |
| 43 | 1/8/2007 | Training materials for government personnel pertaining to implementation of section 215 authority | (b)(1); (b)(3) | 3 | TOP SECRET |
| 44 | 7/17/2006 | Internal Executive Branch report regarding implementation of section 215 authority | (b)(1); (b)(3) | 4 | TOP SECRET |
| 45 | 8/29/2008 | Internal Executive Branch memorandum regarding implementation of section 215 authority | (b)(1); (b)(3) | 11 | TOP SECRET |
| 46 | 1/8/2007 | Training materials for government personnel pertaining to implementation of certain acquisition authorities, including section 215 | (b)(1); (b)(3) | 41 | TOP SECRET |
| 47 | 2/2006 - 2/2011 | FISC order(s) and/or opinion(s) | (b)(1); (b)(3) | 12 | TOP SECRET |
| 48 | 1/8/2007 | Training materials for government personnel pertaining to implementation of section 215 authority | (b)(1); (b)(3) | 18 | TOP SECRET |
| 49 | 2/2006 - 2/2011 | FISC order(s) and/or opinion(s) for production to Congress | (b)(1); (b)(3) | 5 | TOP SECRET |
| 50 | 2/2006 - 2/2011 | FISC order(s) and/or opinion(s) | (b)(1); (b)(3) | 6 | TOP SECRET |

**American Civil Liberties Union, et al. v. U.S. Department of Justice, et al., Case No.: 11-cv-7562 (WHP)**

| Doc No. | Date | Description of Document | Exemption | # of pages | Classification Marking |
|---|---|---|---|---|---|
| 51 | 2/2006 - 2/2011 | FISC order(s) and/or opinion(s) | (b)(1); (b)(3) | 7 | TOP SECRET |
| 52 | 8/17/2006 | Guidelines for government personnel pertaining to implementation of section 215 authority | (b)(1); (b)(3) | 5 | TOP SECRET |
| 53 | 9/18/2009 | FISC briefing materials regarding implementation of section 215 authority | (b)(1); (b)(3) | 16 | SECRET |
| 54 | undated | Guidelines for government personnel pertaining to implementation of section 215 authority | (b)(1); (b)(3) | 7 | SECRET |
| 55 | undated | Guidelines for government personnel pertaining to implementation of section 215 authority | (b)(1); (b)(3) | 8 | SECRET |
| 56 | undated | Guidelines for government personnel pertaining to implementation of section 215 authority | (b)(1); (b)(3) | 9 | SECRET |
| 57 | undated | Guidelines for government personnel pertaining to implementation of section 215 authority | (b)(1); (b)(3) | 5 | TOP SECRET |
| 58 | undated | Training materials for government personnel pertaining to implementation of section 215 authority | (b)(1); (b)(3) | 8 | SECRET |
| 59 | 12/14/2006 | Internal Executive Branch report regarding implementation of section 215 authority | (b)(1); (b)(3) | 2 | TOP SECRET |
| 60 | 11/2010 | Guidelines for government personnel pertaining to implementation of section 215 authority | (b)(1); (b)(3) | 10 | SECRET |
| 61 | 3/9/2007 | Internal Executive Branch e-mail message and attached document regarding implementation of section 215 authority | (b)(1); (b)(3) | 4 | TOP SECRET |

**American Civil Liberties Union, et al. v. U.S. Department of Justice, et al., Case No.: 11-cv-7562 (WHP)**

| Doc No. | Date | Description of Document | Exemption | # of pages | Classification Marking |
|---|---|---|---|---|---|
| 62 | undated | Training Materials for government personnel pertaining to implementation of section 215 authority | (b)(1); (b)(3) | 4 | SECRET |
| 63 | 1/25/2007 | Congressional notification regarding implementation of section 215 authority | (b)(1); (b)(3) | 2 | TOP SECRET |
| 64 | undated | Guidelines for government personnel pertaining to implementation of section 215 authority | (b)(1); (b)(3) | 7 | SECRET |
| 65 | 12/2007 | Guidelines for government personnel pertaining to implementation of section 215 authority | (b)(1); (b)(3); (b)(5) | 3 | TOP SECRET |
| 66 | 11/18/2009 | Briefing materials for government personnel pertaining to implementation of section 215 authority | (b)(1); (b)(3) | 16 | TOP SECRET |
| 67 | undated | Guidelines for government personnel pertaining to implementation of section 215 authority | (b)(1); (b)(3) | 1 | TOP SECRET |
| 68 | 4/2008 | Guidelines for government personnel pertaining to implementation of section 215 authority | (b)(1); (b)(3) | 10 | TOP SECRET |
| 69 | undated | Training Materials for government personnel pertaining to implementation of section 215 authority | (b)(1); (b)(3) | 25 | TOP SECRET |
| 70 | 6/2011 | Guidelines for government personnel pertaining to implementation of section 215 authority | (b)(1); (b)(3) | 29 | TOP SECRET |
| 71 | May-07 | Guidelines for government personnel pertaining to implementation of section 215 authority | (b)(1); (b)(3) | 9 | SECRET |
| 72 | undated | Briefing Materials for FISC | (b)(1); (b)(3) | 16 | SECRET |

**American Civil Liberties Union, et al. v. U.S. Department of Justice, et al., Case No.: 11-cv-7562 (WHP)**

| Doc No. | Date | Description of Document | Exemption | # of pages | Classification Marking |
|---|---|---|---|---|---|
| 73 | 10/2009 | Briefing Materials for FISC | (b)(1); (b)(3) | 16 | SECRET |
| 74 | 3/29/2011 | Guidelines for government personnel pertaining to implementation of section 215 authority | (b)(1); (b)(3) | 17 | SECRET |
| 75 | undated | Guidelines for government personnel pertaining to implementation of section 215 authority | (b)(1); (b)(3) | 8 | SECRET |
| 76 | 7/20/2009 | Training materials for government personnel pertaining to implementation of section 215 authority | (b)(1); (b)(3) | 23 | TOP SECRET |
| 77 | 11/13/2007 | Production to Congressional Committee of FISC orders, submissions, and supporting materials regarding implementation of section 215 authority | (b)(1); (b)(3) | 234 | TOP SECRET |
| 78 | 8/30/2007 | Internal Executive Branch e-mail message about Congressional inquiry for the record regarding implementation of section 215 authority | (b)(1); (b)(3) | 8 | TOP SECRET |
| 79 | 2/2006 - 2/2011 | FISC order(s) and/or opinion(s) as produced to a Congressional Committee | (b)(1); (b)(3) | 15 | SECRET |
| 80 | undated | Guidelines for government personnel pertaining to implementation of section 215 authority | (b)(1); (b)(3) | 7 | SECRET |
| 81 | 12/1/2008 | Production to Congress of FISC opinions and underlying documents pursuant to 50 USC § 1871(c)(2) on multiple matters, including implementation of section 215 authority | (b)(1); (b)(3) | 378 | TOP SECRET |
| 82 | 10/3/2008 | Production to Congress of FISC opinion and underlying documents pursuant to 50 U.S.C. § 1871(c)(1) | (b)(1); (b)(3) | 31 | TOP SECRET |

**American Civil Liberties Union, et al. v. U.S. Department of Justice, et al., Case No.: 11-cv-7562 (WHP)**

| Doc No. | Date | Description of Document | Exemption | # of pages | Classification Marking |
|---|---|---|---|---|---|
| 83 | 2/4/2011 | Production to Congress of FISC opinion and underlying documents pursuant to 50 U.S.C. § 1871(c) (cover letter for this submission was released) | (b)(1); (b)(3) | 39 | TOP SECRET |
| 84 | 8/16/2010 | Production to Congress of FISC opinions and underlying documents pursuant to 50 U.S.C. § 1871(c)(2) on multiple matters, including implementation of section 215 authority (cover letter for this submission was released) | (b)(1); (b)(3) | 236 | TOP SECRET |
| 85 | 4/28/2006 | Report to Congress pursuant to 50 U.S.C. § 1862 regarding implementation of section 215 authority (released in part) | (b)(1); (b)(3) | 8 | SECRET |
| 86 | 4/27/2007 | Report to Congress pursuant to 50 U.S.C. § 1862 regarding implementation of section 215 authority (released in part) | (b)(1); (b)(3) | 8 | SECRET |
| 87 | 4/30/2008 | Report to Congress pursuant to 50 U.S.C. § 1862 regarding implementation of section 215 authority (released in part) | (b)(1); (b)(3) | 8 | SECRET |
| 88 | filed in 2009 | Report to Congress pursuant to 50 U.S.C. § 1862 regarding implementation of section 215 authority (released in part) | (b)(1); (b)(3) | 2 | SECRET |

**American Civil Liberties Union, et al. v. U.S. Department of Justice, et al., Case No.: 11-cv-7562 (WHP)**

| Doc No. | Date | Description of Document | Exemption | # of pages | Classification Marking |
|---|---|---|---|---|---|
| 89 | filed in 4/2010 | Report to Congress pursuant to 50 U.S.C. § 1862 regarding implementation of section 215 authority (released in part) | (b)(1); (b)(3) | 1 | SECRET |
| 90 | filed 4/2011 | Report to Congress pursuant to 50 U.S.C. § 1862 regarding implementation of section 215 authority (released in part) | (b)(1); (b)(3) | 1 | SECRET |
| 91 | filed 4/2012 | Report to Congress pursuant to 50 U.S.C. § 1862 regarding implementation of section 215 authority (released in part) | (b)(1); (b)(3) | 1 | SECRET |
| 92 | 6/2006 | Attorney General's Semiannual Report to Congress pursuant to Intelligence Reform and Terrorism Prevention Act for July to December 2005 (released in part) | (b)(1); (b)(3) | 5 | TOP SECRET |
| 93 | December-06 | Attorney General's Semiannual Report to Congress pursuant to Intelligence Reform and Terrorism Prevention Act for January to June 2006 (released in part) | (b)(1); (b)(3) | 6 | TOP SECRET |
| 94 | 6/2007 | Attorney General's Semiannual Report to Congress pursuant to Intelligence Reform and Terrorism Prevention Act for July to December 2006 (released in part) | (b)(1); (b)(3) | 7 | TOP SECRET |
| 95 | 12/2007 | Attorney General's Semiannual Report to Congress pursuant to Intelligence Reform and Terrorism Prevention Act for January to June 2007 (released in part) | (b)(1); (b)(3) | 6 | TOP SECRET |
| 96 | 6/2008 | Attorney General's Semiannual Report to Congress pursuant to Intelligence Reform and Terrorism Prevention Act for July to December 2007 (released in part) | (b)(1); (b)(3) | 4 | TOP SECRET |

**American Civil Liberties Union, et al. v. U.S. Department of Justice, et al., Case No.: 11-cv-7562 (WHP)**

| Doc No. | Date | Description of Document | Exemption | # of pages | Classification Marking |
|---|---|---|---|---|---|
| 97 | 12/2008 | Attorney General's Semiannual Report to Congress pursuant to Intelligence Reform and Terrorism Prevention Act for January to June 2008 (released in part) | (b)(1); (b)(3) | 8 | TOP SECRET |
| 98 | 2/17/2009 | Attorney General's Semiannual Report to Congress pursuant to Intelligence Reform and Terrorism Prevention Act for July to December 2008 (released in part) | (b)(1); (b)(3) | 6 | TOP SECRET |
| 99 | 12/1/2009 | Attorney General's Semiannual Report to Congress pursuant to Intelligence Reform and Terrorism Prevention Act for January to June 2009 (released in part) | (b)(1); (b)(3) | 3 | TOP SECRET |
| 100 | filed June 2010 | Attorney General's Semiannual Report to Congress pursuant to Intelligence Reform and Terrorism Prevention Act for July to December 2009 (released in part) | (b)(1); (b)(3) | 3 | SECRET |
| 101 | December 2010 | Attorney General's Semiannual Report to Congress pursuant to Intelligence Reform and Terrorism Prevention Act for January to June 2010 (released in part) | (b)(1); (b)(3) | 3 | SECRET |
| 102 | June 2011 | Attorney General's Semiannual Report to Congress pursuant to Intelligence Reform and Terrorism Prevention Act for July to December 2010 (released in part) | (b)(1); (b)(3) | 3 | SECRET |
| 103 | December 2011 | Attorney General's Semiannual Report to Congress pursuant to Intelligence Reform and Terrorism Prevention Act for January to June 2011 (released in part) | (b)(1); (b)(3) | 3 | TOP SECRET |
| 104 | 6/2006 | Attorney General's Semiannual Report to Congress on Electronic Surveillance and Physical Search under FISA for July to December 2005 (selected pages discussing use of Section 215) (released in part) | (b)(1); (b)(3) | 6 | TOP SECRET |
| 105 | 12/2006 | Attorney General's Semiannual Report to Congress on Electronic Surveillance and Physical Search under FISA for January to June 2006 (selected pages discussing use of Section 215) (released in part) | (b)(1); (b)(3) | 5 | TOP SECRET |

**American Civil Liberties Union, et al. v. U.S. Department of Justice, et al., Case No.: 11-cv-7562 (WHP)**

| Doc No. | Date | Description of Document | Exemption | # of pages | Classification Marking |
|---|---|---|---|---|---|
| 106 | 6/2007 | Attorney General's Semiannual Report to Congress on Electronic Surveillance and Physical Search under FISA for July to December 2006 (selected pages discussing use of Section 215) (released in part) | (b)(1); (b)(3) | 3 | TOP SECRET |
| 107 | 12/2007 | Attorney General's Semiannual Report to Congress on Electronic Surveillance and Physical Search under FISA for January to June 2007 (selected pages discussing use of Section 215) (released in part) | (b)(1); (b)(3) | 4 | TOP SECRET |
| 108 | 6/2008 | Attorney General's Semiannual Report to Congress on Electronic Surveillance and Physical Search under FISA for July to December 2007 (selected pages discussing use of Section 215) (released in part) | (b)(1); (b)(3) | 3 | TOP SECRET |
| 109 | 12/2008 | Attorney General's Semiannual Report to Congress on Electronic Surveillance and Physical Search under FISA for January to June 2008 (selected pages discussing use of Section 215) (released in part) | (b)(1); (b)(3) | 3 | TOP SECRET |
| 110 | 12/29/2009 | Attorney General's Semiannual Report to Congress on Electronic Surveillance and Physical Search under FISA for July to December 2008 (selected pages discussing use of Section 215) (released in part) | (b)(1); (b)(3) | 3 | TOP SECRET |
| 111 | 12/28/2009 | Attorney General's Semiannual Report to Congress on Electronic Surveillance and Physical Search under FISA for January to June 2009 (selected pages discussing use of Section 215) (released in part) | (b)(1); (b)(3) | 2 | TOP SECRET |
| 112 | 6/2010 | Attorney General's Semiannual Report to Congress on Electronic Surveillance and Physical Search under FISA for July to December 2009 (selected pages discussing use of Section 215) (released in part) | (b)(1); (b)(3) | 3 | TOP SECRET |
| 113 | 12/2010 | Attorney General's Semiannual Report to Congress on Electronic Surveillance and Physical Search under FISA for January to June 2010 (selected pages discussing use of Section 215) (released in part) | (b)(1); (b)(3) | 3 | TOP SECRET |

**American Civil Liberties Union, et al. v. U.S. Department of Justice, et al., Case No.: 11-cv-7562 (WHP)**

| Doc No. | Date | Description of Document | Exemption | # of pages | Classification Marking |
|---|---|---|---|---|---|
| 114 | 6/2011 | Attorney General's Semiannual Report to Congress on Electronic Surveillance and Physical Search under FISA for July to December 2010 (selected pages discussing use of Section 215) (released in part) | (b)(1); (b)(3) | 3 | TOP SECRET |
| 115 | 12/29/2011 | Attorney General's Semiannual Report to Congress on Electronic Surveillance and Physical Search under FISA for January to June 2011 (selected pages discussing use of Section 215) (released in part) | (b)(1); (b)(3) | 3 | TOP SECRET |
| 116 | 9/29/2008 | Attorney General's Guidelines for Domestic FBI Operations | (b)(1); (b)(3) | 48 | SECRET |
| 117 | 9/5/2006 | Submission to FISC of standard minimization procedures regarding implementation of section 215 authority | (b)(1); (b)(3) | 48 | SECRET |
| 118 | undated | Guidelines pertaining to implementation of section 215 authority | (b)(1); (b)(3) | 3 | TOP SECRET |
| 119 | 6/6/2008 | Internal Executive Branch legal memorandum addressed to NSD/OI officials Matthew Olsen, Charles Steele, and Lionel Kennedy and drafted in anticipation of a filing to the FISC which analyzes an issue pertaining to section 215 authority | (b)(1); (b)(3); (b)(5) | 23 | SECRET |
| 120 | 2/2006 - 2/2011 | Government submission(s) to the FISC related to section 215 | (b)(1); (b)(3) | 268 | TOP SECRET |
| 121 | 2/2006 - 2/2011 | FISC order(s) and/or opinion(s) | (b)(1); (b)(3) | 20 | TOP SECRET |

**American Civil Liberties Union, et al. v. U.S. Department of Justice, et al., Case No.: 11-cv-7562 (WHP)**

| Doc No. | Date | Description of Document | Exemption | # of pages | Classification Marking |
|---|---|---|---|---|---|
| 122 | 2/25/2008 | Letter from member of Congress to Attorney General Holder regarding implementation of section 215 authority | (b)(1); (b)(3) | 3 | TOP SECRET |
| 123 | 5/6/2009 | Response from Assistant Attorney General ("AAG") Ronald Weich, Office of Legislative Affairs to the February 25, 2008 letter regarding implementation of section 215 authority | (b)(1); (b)(3) | 2 | TOP SECRET |
| 124 | 12/17/2009 | Letter from AAG Weich to members of Congress regarding implementation of section 215 authority | (b)(1); (b)(3) | 6 | TOP SECRET |
|  | 3/9/2006 to 6/30/2011 | Multiple FISC orders and/or opinions | (b)(1); (b)(3) |  | TOP SECRET and SECRET |