USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/11/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                        :

AMERICAN CIVIL LIBERTIES                          11 Civ. 7562 (WHP)
UNION, *et ano.,*                              :

                      Plaintiffs,        :        ORDER

                   -against-         :

FEDERAL BUREAU OF                       :
INVESTIGATION, *et ano.,*                  

                                 :

                    Defendants.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

       The following schedule is established on consent:

(1) The Government will file its motion for summary judgment by April 4, 2014;

(2) The ACLU will file its opposition to the Government's motion and its own motion for summary judgment by May 2, 2014;

(3) The Government will file its reply and opposition brief by May 30, 2014;

(4) The ACLU will file its reply brief by June 13, 2014;

(5) This Court will hear oral argument on June 20, 2014 at 2:00 p.m.

Dated: March 11, 2014
       New York, New York

                              SO ORDERED:

                                                                                                                                WILLIAM H. PAULEY III
                                            U.S.D.J.

*Counsel of Record:*

Alexander A. Abdo, Esq.
Jameel Jaffer, Esq.
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004

Beth Haroules, Esq.
Arthur Eisenberg, Esq.
New York Civil Liberties Union Foundation
125 Broad Street, 19th Floor
New York, NY 10004

Charles S. Sims, Esq.
Richard I. Haddad, Esq.
Proskauer Rose LLP
11 Times Square
New York, NY 10036
*Counsel for Plaintiffs*

Emily E. Daughtry, Esq.
John D. Clopper, Esq.
U.S. Attorney's Office, SDNY
86 Chambers Street
New York, NY 10007
*Counsel for Defendants*