

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

May 20, 2014

**BY ECF**
The Honorable William H. Pauley, III
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

                Re:    *ACLU et al. v. FBI et al.*, 11 Civ. 07562 (WHP)

Dear Judge Pauley:

      I write respectfully to request an adjournment of oral argument in the above-referenced case from June 20, 2014, to a date on or after July 6, 2014, because the current argument date conflicts with my son's graduation from the fifth grade. The ACLU consents to this request. Due to previous commitments, the parties are also unavailable on July 15, 21, and 25.

      On March 11, 2014, the Court issued an order scheduling the parties' motions for summary judgment, and scheduling oral argument for June 20, 2014. The parties' motions for summary judgment are scheduled to be fully briefed by June 13, 2014. Recently, I learned that my fifth-grade son's elementary school will be holding its graduation ceremony on June 20, 2014. Because I wish to attend this ceremony, I would be most grateful if the Court would adjourn the oral argument in this case, currently also scheduled for June 20, 2014. I have consulted with ACLU's counsel, and we have determined that we are all available for argument on a date on or after July 6, 2014, with the exception of July 15, 21, and 25.

    I thank the Court for its consideration of this request.

                                  Respectfully,

                                  PREET BHARARA
                                United States Attorney

                  By:    /s/ Emily E. Daughtry
                         JOHN D. CLOPPER
                         EMILY E. DAUGHTRY
                         Assistant United States Attorneys
                         Telephone: (212) 637-2716 (Clopper)
                         Telephone: (212) 637-2777 (Daughtry)
                         Facsimile: (212) 637-0033

john.clopper@usdoj.gov
emily.daughtry@usdoj.gov

cc: (via email and ECF)
Alexander Abdo, Esq.
Patrick Toomey, Esq.
Michael Sarinsky, Esq.
*Attorneys for Plaintiff*